# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1879 (CKK)** |
| | ) | |
| **$6,138.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### PRAECIPE

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

Respectfully submitted,

/s/

_____
JUDITH A. KIDWELL
Assistant  United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250

/s/

_____
MICHAEL A. HUMPHREYS
DC Bar # 383353
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Irving Jones
1246 Penn Street, N.E.
Apartment #1
Washington, DC 20002

Irving Jones
1901 D Street, S.E.
Washington, DC 20003

Yndia Jones
1246 Penn Street, N.E.
Apartment #1
Washington, DC 20002

Brandon Boulware
1246 Penn Street, N.E.
Apartment #1
Washington, DC 20002

by means of the Court's ECF filing system, on this 19th day of January, 2006.


/s/

_____
JUDITH A. KIDWELL
Assistant  United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250