UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> c/o United States Attorney's Office <br> Judiciary Center Building <br> 555 Fourth Street, NW <br> Washington, D.C. 20530, <br><br> **Plaintiff,** <br><br> v. <br><br> **$6,138.00 IN UNITED STATES CURRENCY,** <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-CV-01879 (CKK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT**

I hereby certify under penalty of perjury, this  23  day of February 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant property, described as:

$6,138.00 IN UNITED STATES CURRENCY

was personally served with process on September 23, 2005.[1]

I further certify that notice of this action has been given to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant currency on September 23, 2005.

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were served, upon all known interested parties, via the United States Postal Service, certified mail, to: Yndia Jones, Irving Jones, and Brandon Boulware on September 26, 2005.

[3] A notice of seizure was published in THE WASHINGTON POST on September 27, 2005, and in THE DAILY WASHINGTON LAW REPORTER on October 3, 2005.

I further certify under penalty of perjury that no appearances has been entered on behalf of the said *in rem* defendant currency in this case; no pleading on behalf of the *in rem* defendant currency has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the *in rem* defendant currency is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against the said *in rem* defendant currency.

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Room 4818
Washington, D.C. 20530
(202) 514-7250