UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-CV-01879 (CKK) |
| **$6,138.00 IN UNITED STATES CURRENCY,** | : | |
| Defendant. | : | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND JUDGMENT OF FORFEITURE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of Default Judgment and for a Judgment of Forfeiture as to the defendant property identified in the Verified Complaint for Forfeiture *In Rem*, on the grounds that no timely paper, pleading, or other claim was filed on behalf of the defendant herein and the Default was entered by the Clerk of this Court on February 24, 2006.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., NW, Room 4818
Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture and accompanying Memorandum have been mailed, postage prepaid to, Yndia Jones, 1246 Penn Street, N.E., Apartment No. 1, Washington, D.C. 20002, on this  1st  day of May, 2006.

/s/
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 05-CV-01879 (CKK) |
| **$6,138.00 IN UNITED STATES CURRENCY,** | : | |
| **Defendant.** | : | |

**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF
DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On September 22, 2005, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant $6,138.00 in United States Currency.  Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant on September 23, 2005.  (See Exhibit I).  Further, a notice of seizure was published in The Washington Times on September 27, 2005 and The Daily Washington Law Reporter on October 3, 2005 in full compliance with applicable Local Rules and Rules of Procedure.  (See Exhibits II and III).

No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on February 24, 2006.  No other party has filed a claim or pleading challenging the forfeiture of the defendant property and the time for filing a claim has expired.  See 18 U.S.C. § 983(a)(4)(A); Rule C (6), Supplemental Rules for Certain Admirability and Maritime Claims.

The entry of Default and a Judgment by Default against the defendant is amply supported

in the circumstances of this case. Indeed, the clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law. Fed. R. Civ. P. 55(a). Moreover, 18 U.S.C. § 983(a)(4)(A) of the Civil Asset Forfeiture Reform Act of 2000, mandates the filing of an answer within 20 days of the service of the government's complaint.

    Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. Fed. R. Civ. P. 55(b)(2); See also Canady, MD v. Erbe Elektromedizin GMBG, 307 F. Supp.2d 2 (D.D.C. 2004); United States v. Gant, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice of publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted.

Respectfully submitted,

\_\_\_\_/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

\_\_\_\_/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301

\_\_\_\_/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., NW, Room 4818
Washington, D.C. 20530
(202) 514-7250