UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| 5. | : Civil Action No. 05-CV-01879 (CKK) |
| **$6,138.00 IN UNITED STATES CURRENCY,** | : |
| **Defendant.** | : |

## JUDGMENT OF FORFEITURE

On September 22, 2005, a Verified Complaint for Forfeiture *In Rem* against the defendant $6,138.00 in United States Currency was filed by the plaintiff, United States of America. The complaint alleges that the defendant property was exchanged for controlled substances, or is traceable to such an exchange, or was intended to facilitate such an exchange, in violation of 21 U.S.C.§ 801 et seq., and is, therefore, subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant and returned according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshal for the District served the said defendant on September 23, 2005;

That on February 24, 2006 the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant property within the time permitted by 18 U.S.C. § 983(a)(4)(A); and

That no defense to the forfeiture remains interposed;

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant further identified as:

**$6,138.00 IN UNITED STATES CURRENCY**

be entered and that no right, title, or interest in the defendant shall exist in any other party, and that the said defendant be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send copies of this Judgment of Forfeiture to all parties and a certified copy to the United States Marshal.

Dated this _____ day of _____, 2006.

 

COLLEEN KOLLAR-KOTELLY
United States District Judge

copies to:

Judith A. Kidwell
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

Yndia Jones
xxxx xxxx xxxxxx, xx
xxxxxxxxx x
Washington, DC 20002